GUIDO CICCOLINI, Respondent, v. VOCAFILM CORPORATION OF AMERICA, Appellant.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event, upon the ground that the trial justice was absent during the summation, which was a material part of the trial. (*Aronson v. Bass*, 224 App. Div. 667.) Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

DAVID COHEN, by SAMUEL COHEN, His Guardian ad Litem, and ISRAEL COHEN, Appellants, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

CONTOURE LABORATORIES, INC., and HERBERT OPPENHEIMER, Respondents, v. EDWARD BECHER, Appellant.— Judgment and order unanimously affirmed, with costs to respondents. The jurisdiction of the court in this case is established by the decision in *Becher* v. *Contoure Laboratories* (279 U. S. 388, rendered May 13, 1929, opinion by Mr. Justice Holmes). All other questions involved in this case are questions of fact decided in favor of the respondents upon conflicting evidence and the decision is supported by the evidence. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

DEER PARK BREW COMPANY, INC., Respondent, v. EDGAR O. HAYES, Appellant.— Judgment unanimously affirmed, with costs. While plaintiff may not sustain its judgment upon the ground of conversion, since there is no proof of the amount of money paid out of the treasury which was received by defendant, nor is there any basis upon which it may be computed, we are of opinion that it may be sustained upon the theory that the money was disbursed as a dividend in violation of the provisions of section 58 of the Stock Corporation Law. The tenth finding of fact is reversed and new findings will be made. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. Settle order on notice.